**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID BRIAN MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-543 (UNA) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of David Brian Morgan's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1, "Pet."). Having been convicted in the Oklahoma County District Court, Morgan is serving a life sentence at the Joseph Harp Correctional Center in Lexington, Oklahoma. *See* Pet. at 1 (page numbers designated by CM/ECF). Generally, Morgan challenges his conviction and sentence, *see id*. at 5-6, and among other relief, demands his release from custody, *see id.* at 14. The Court will grant the application and dismiss the petition.

Because Morgan is not in "[a] prisoner in custody under sentence of a court established by Act of Congress," 28 U.S.C. § 2255(a), relief under § 2255 is not available. *See Morgan v. State of Oklahoma*, No. 16-cv-1003-R, 2016 WL 6269616, at *1 (W.D. Okla. Oct. 26, 2016) ("Having failed to establish that he is "[a] prisoner under sentence of a court established by Act of Congress" Mr. Morgan cannot prevail."). And as Morgan well knows, he has no recourse in federal district court under 28 U.S.C. § 2254 either. *See Morgan v. Bear*, No. 17-cv-797-R, 2018 WL 2210449, at *1 (W.D. Okla. Apr. 13, 2018) (recounting Morgan's litigation history and

1

stating that § 2254 claims in No. 15-cv-782-R had been dismissed "as unauthorized and second or successive"), *report and recommendation adopted*, No. 17-cv-797-R, 2018 WL 2209526 (W.D. Okla. May 14, 2018); *see also Morgan v. United States*, No. 22-1060 (D.D.C. May 6, 2022) (dismissing § 2254 petition for lack of jurisdiction).

An Order is issued separately

/s/
RANDOLPH D. MOSS
United States District Judge

DATE: March 13, 2023